FILED

09/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0267

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0267

_____

JUSTIN CHARLES HERNANDEZ,

Petitioner and Appellant,

v.                                                              O R D E R

STATE OF MONTANA,

Respondent and Appellee.

_____

On July 27, 2021, this Court returned Appellant's opening brief for failure to comply with M. R. App. P. 10(2), 11(6)(b), and 12(1) and ordered Appellant to correct the brief and file it no later than 30 days from the date of the Order. Appellant has not filed a corrected brief in accordance with this Court's Order.

THEREFORE,

IT IS ORDERED that Petitioner shall prepare, file, and serve the opening brief on appeal no later than September 21, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Justin Charles Hernandez personally and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2021